FILED
 2005 Sep-23  PM 04:24
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RODNEY WILLIAMS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | **Case No.  CV03-S-2323-NE** |
| ) | |
| **SHERIFF BLAKE DORNING,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 18, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 23rd day of September, 2005.

/s/ Lynwood Smith
_____
United States District Judge